OPINION — AG — ANY VOTER, OTHERWISE QUALIFIED, WHO PAYS A TAX BASED ON THE VALUE OF THE PROPERTY TAXED, WHETHER REAL OR PERSONAL, IS AN "AD VALOREM TAXPAYING VOTER" WITHIN THE INTENDMENT OF ARTICLE X, SECTION 9(D-1) OF THE OKLAHOMA CONSTITUTION. THIS OPINION IS KEEPING WITH THE ATTORNEY GENERAL OPINION ADDRESSED TO J. W. CORDELL, STATE ELECTION BOARD, NOVEMBER 3, 1945, AND THE RECENT ATTORNEY GENERAL OPINION NO. 64-202, CITE: 68 O.S. 1961 2430 [68-2430], 68 O.S. 1965 Supp., 2404 [68-2404], 68 O.S. 1961 2404 [68-2404](1), 68 O.S. 1965 Supp., 2404 [68-2404](1) (JAMES FUSON)